**UNPUBLICHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6185**

YAHYA SIDDIQI ABDUSSAMADI,

        Petitioner - Appellant,

    v.

WARDEN TIMOTHY STEWART; UNITED STATES PAROLE COMMISSION,

        Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge. (1:14-cv-02105-JKB)

Submitted: August 28, 2015      Decided: September 17, 2015

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yahya Siddiqi Abdussamadi, Appellant Pro Se. Tarra R. DeShields-Minnis, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yahya Siddiqi Abdussamadi, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abdussamadi v. Stewart, No. 1:14-cv-02105-JKB (D. Md. Jan. 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED